# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**559**
**TP 16-01691**
PRESENT: WHALEN, P.J., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF TERENCE DAUM, PETITIONER,

V                                                                    ORDER

ANTHONY J. ANNUCCI, ACTING COMMISSIONER,
NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION, STEWART ECKERT,
SUPERINTENDENT, WENDE CORRECTIONAL FACILITY,
AND A. RODRIGUEZ, ACTING DIRECTOR, SPECIAL
HOUSING UNIT, RESPONDENTS.

---

TERENCE DAUM, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENTS.

---------------------------------------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Erie County [M. William
Boller, A.J.], entered September 22, 2016) to review a determination
of respondents. The determination found after a tier III hearing that
petitioner had violated an inmate rule.

It is hereby ORDERED that said proceeding is unanimously
dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d
996).

Entered:  April 28, 2017                           Frances E. Cafarell
                                                   Clerk of the Court